*February 24, 2017*

2017-Ohio-664.]

**2014–1290. In re Comm. Rev. of Ohio Adm.Code Chapter 4901:1–10 regarding Elec. Cos.**
Public Utilities Commission, No. 12–2050–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the joint status report filed by appellant and appellee, it is ordered by the court that the stay of the briefing schedule is hereby extended. The parties shall notify the court within 180 days from the date of this entry of the status and whether the stay may be lifted.

**2014–1633. In re Comm. Rev. of Ohio Adm.Code Chapter 4901:1–10 regarding Elec. Cos.**
Public Utilities Commission, No. 12–2050–EL–ORD. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the joint status report filed by appellants and appellee, it is ordered by the court that the stay of the briefing schedule is hereby extended. The parties shall notify the court within 180 days from the date of this entry of the status and whether the stay may be lifted.

**2016–1252. Preterm–Cleveland, Inc. v. Kasich.**
Cuyahoga App. No. 103103, 2016-Ohio-4859. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon review of the notice of automatic exclusion filed in this case by the Office of Attorney Services, it is evident that Jennifer Lee has not complied with the pro hac vice registration requirements as outlined in Gov.Bar R. XII. Therefore, it is ordered by the court that the pro hac vice admission of Jennifer Lee is revoked.

**2016–1268. Snowden v. Ekeh.**
Montgomery App. No. 26688, 2016-Ohio-4976. This cause came on for further consideration upon the filing of appellant's motion for stay in lower-court proceedings. It is ordered by the court that the motion is denied as moot.

**2016–1381. State v. Sinkovitz.**
Hocking App. No. 13CA12, 2014-Ohio-4492. This cause came on for further consideration upon the filing of appellant's motion for stay of execution of sentence. It is ordered by the court that the motion is denied as moot.

**2017–0063. State v. Halsey.**
Butler App. No. CA2016–01–001, 2016-Ohio-7990. This cause is pending before the court as an appeal from the Court of Appeals for Butler County.

Upon review of appellee's memorandum in response to jurisdiction, it is ordered by the court, sua sponte, that the memorandum in response is stricken as untimely pursuant to S.Ct.Prac.R. 7.03(A)(1).